Debtor name    Dixie Equipment, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    19-01010

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                          % of ownership | | |
| 15.1. | 100% membership interest in Dixie Demolition, LLC                     100    % | | $225,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
Document    Page 1 of 17

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.

    $225,000.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  1987 Chevrolet fuel truck<br>Located in Columbus, Mississippi | $5,500.00 | Estimated | $5,500.00 |
| 47.2.  2001 Chevrolet Pickup<br>Located at Bessemer Airport | $1,500.00 | Estimated | $1,500.00 |
| 47.3.  2006 Chevrolet Pickup<br>Located at Bessemer Airport | $3,000.00 | Estimated | $3,000.00 |
| 47.4.  2007 Mercedes E320<br>Houston, TX | $3,800.00 | Estimated | $3,800.00 |
| 47.5.  2007 Toyota Land Cruiser<br>Located in Macon, MS | $3,500.00 | Estimate | $3,500.00 |
| 47.6.  Glassair Kit (uncompleted)<br>Located at Macon, Mississippi | $35,000.00 | | $35,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

     49.1.  1973 Cessna 182 P,  Tail No. N18ML
            Located in Pineville, Louisiana             $35,000.00        Estimated                    $35,000.00

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                                             $87,300.00

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

## Part 9:      Real property

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

## Part 10:      Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

## Part 11:      All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $225,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $87,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $312,300.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $312,300.00 |

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
                      Document    Page 4 of 17

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Case 19-01010-TOM7   Doc 7   Filed 03/25/19   Entered 03/25/19 15:34:48   Desc Main
Document    Page 5 of 17

Debtor name    Dixie Equipment, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    19-01010

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

---

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Alabama Department of Revenue<br>Legal Division<br>P O Box 320001<br>Montgomery, AL 36132-0001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $205.86 | $205.86 |
| Date or dates debt was incurred<br>12/31/12 | Basis for the claim:<br>Business Privilege Tax (Disputed) | | |
| Last 4 digits of account number 3561<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>ABM Parking<br>3235 Halifax Street<br>Dallas, TX 75247 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $627.84 |
| **Date(s) debt was incurred** 10/2014<br>**Last 4 digits of account number** _ | **Basis for the claim:** Open account<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Act Independent Turbo Services Inc.<br>12000 North P Street<br>La Porte, TX 77571 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44,940.00 |
| **Date(s) debt was incurred** 02/19/2014<br>**Last 4 digits of account number** _ | **Basis for the claim:** Services rendered<br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
Document    Page 6 of 17

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $383.44 |
|---|---|---|---|

Air Power, Inc.
1293 County Road 87
Alabaster, AL 35007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/06/2014

**Last 4 digits of account number** _

**Basis for the claim:** Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90,624.07 |
|---|---|---|---|

Air-Tech
15 West Park Circle
Birmingham, AL 35211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/18/2014

**Last 4 digits of account number** _

**Basis for the claim:** Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83.03 |
|---|---|---|---|

Airgas
2610 18th Ave. North
Bessemer, AL 35020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/10/2014

**Last 4 digits of account number** 2705

**Basis for the claim:** Propane purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,656.58 |
|---|---|---|---|

Airgas
2610 18th Ave. North
Bessemer, AL 35020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/30/2014

**Last 4 digits of account number** 5333

**Basis for the claim:** Propane purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $524,892.55 |
|---|---|---|---|

AK Industrial Services, LLC
347 Third Street
Everett, MA 02149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/10/2016

**Last 4 digits of account number** _

**Basis for the claim:** Open account

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,000.00 |
|---|---|---|---|

American Express
P O Box 650448
Dallas, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/04/2014

**Last 4 digits of account number** _

**Basis for the claim:** Open ended credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $78,989.53 |
|---|---|---|---|

Andrews, Kurth, Kenyon, LLP
Comerica Bank Tower
1717 Main Street, Suite 3700
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2014

**Basis for the claim:** Services rendered

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
Document    Page 7 of 17

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Brand Energy Solutions, LLC<br>3500 Richard Arrington Jr. Blvd. N.<br>Birmingham, AL 35234<br><br>**Date(s) debt was incurred** 09/30/2011<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,614.74 |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Chris Washington<br>749 Grassy Knoll Lane<br>Lamarque, TX 77568<br><br>**Date(s) debt was incurred** 11/01/2014<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Expenses incurred<br><br>Is the claim subject to offset? ■ No ☐ Yes | $33,579.56 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Cintas Fire Protection<br>276 Cahaba Valley Circle<br>Pelham, AL 35124<br><br>**Date(s) debt was incurred** 09/30/2014<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No ☐ Yes | $412.10 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Cintas Toilet Accessories<br>5970 Greenwood Pkwy.<br>Bessemer, AL 35023<br><br>**Date(s) debt was incurred** 08/16/2014<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,790.62 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Cintas-Sanis<br>5970 Greenwood Pkwy.<br>Bessemer, AL 35023<br><br>**Date(s) debt was incurred** 09/01/2014<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,219.95 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Claude F. Hendrickson III<br>6008 Brookhill Circle<br>Birmingham, AL 35242<br><br>**Date(s) debt was incurred** 07/13/2016<br><br>**Last 4 digits of account number** N/A | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Promissory Note<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,625,000.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Cleveland Terrazas PLLC<br>4611 Bee Cave Road, Suite 306B<br>Austin, TX 78746<br><br>**Date(s) debt was incurred** .<br><br>**Last 4 digits of account number** . | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9,317.82 |

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address** | $50.00 |

CSCB
P O Box 2650
Freeport, TX 77542

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/25/2014

**Basis for the claim:** Open account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.18** | **Nonpriority creditor's name and mailing address** | $1,245.00 |

CT Corporation
1999 Bryan Street, Suite 900
Dallas, TX 75201

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/23/2013

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** | $75.00 |

D&D Aviation Services
2100 Roswell Road, Suite 2186
Marietta, GA 30062

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/30/2013

**Basis for the claim:** Open account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | $1,525.00 |

Decatur Door Service
1402 Alpine Street SE
Decatur, AL 35603

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/10/2013

**Basis for the claim:** Open account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | $867.10 |

Delaware Secretary of State
401 Federal Street, Suite 4
Dover, DE 19901

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/01/2013

**Basis for the claim:** Fees due

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | $65.40 |

Digital Marketing Services. Inc.
115 David Green Rd., Suite A
Birmingham, AL 35244

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/20/2014

**Basis for the claim:** Open account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | $13,810,102.28 |

Energia de Ramos, SAPI de CV fka Deacero
% B. Harrison - Jackson Walker
100 Congress, Suite 1100
Austin, TX 78701

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** Disputed

**Basis for the claim:** Arbitration Award / Judgment:
District Court Travis County TX
Cause D-1-GN-16-005813

**Last 4 digits of account number** 5813

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,603.85 |
|---|---|---|---|
| | First Insurance Funding Corp. | ☐ Contingent | |
| | 450 Skokie Blvd. | ☐ Unliquidated | |
| | Northbrook, IL 60062 | ☐ Disputed | |
| | **Date(s) debt was incurred** 12/15/2014 | **Basis for the claim:** Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,000.00 |
|---|---|---|---|
| | Frontline Trucking, LLC | ☐ Contingent | |
| | 12898 Woodland Park Circle | ☐ Unliquidated | |
| | McCalla, AL 35111 | ☐ Disputed | |
| | **Date(s) debt was incurred** 07/13/2013 | **Basis for the claim:** Open account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,626.37 |
|---|---|---|---|
| | G Turbine | ☐ Contingent | |
| | 3911 Halik Street | ☐ Unliquidated | |
| | Pearland, TX 77581 | ☐ Disputed | |
| | **Date(s) debt was incurred** 11/01/2014 | **Basis for the claim:** Open account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|
| | Golden Triangle Waste Services | ☐ Contingent | |
| | 1311 Industrial Park Road | ☐ Unliquidated | |
| | Columbus, MS 39701 | ☐ Disputed | |
| | **Date(s) debt was incurred** 10/01/2014 | **Basis for the claim:** Open account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60.29 |
|---|---|---|---|
| | Hytorc of Texas | ☐ Contingent | |
| | 12420 Texaco Rd. | ☐ Unliquidated | |
| | Houston, TX 77013 | ☐ Disputed | |
| | **Date(s) debt was incurred** 07/11/2014 | **Basis for the claim:** Open account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,783.40 |
|---|---|---|---|
| | Infinite Energy | ☐ Contingent | |
| | P O Box 660905 | ☐ Unliquidated | |
| | Dallas, TX 75266 | ☐ Disputed | |
| | **Date(s) debt was incurred** 11/14/2014 | **Basis for the claim:** Open account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,150.00 |
|---|---|---|---|
| | ISN Software Corporation | ☐ Contingent | |
| | 3232 McKinney Ave., Suite 1500 | ☐ Unliquidated | |
| | Dallas, TX 75204 | ☐ Disputed | |
| | **Date(s) debt was incurred** 06/10/2014 | **Basis for the claim:** Contract | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
Document        Page 10 of 17

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42,000.00 |
|---|---|---|---|

LLB Bookkeeping
3000 Joe DiMaggio Blvd., Suite 2
Round Rock, TX 78665

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/31/2015

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $520.00 |
|---|---|---|---|

Mail Boxes Etc. - #1710
2207 Concord Pike
Wilmington, DE 19803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/31/2014

**Basis for the claim:** Open account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,864.00 |
|---|---|---|---|

Mammoet USA South Inc.
20525 FM 521 Road
Rosharon, TX 77583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/20/2014

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $797.57 |
|---|---|---|---|

Mark Edwards
P O Box 6
Wilmington, DE 19803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/12/2014

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,609.64 |
|---|---|---|---|

McGill Maintenance Partnership
6402 TX-332
Freeport, TX 77541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/06/2013

**Basis for the claim:** Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,407.22 |
|---|---|---|---|

Michael Crippen
4941 Beverly Dr.
Olympia, WA 98516-2295

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/30/2014

**Basis for the claim:** Contract labor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,254.48 |
|---|---|---|---|

Mine Service Ltd.
855 E US Highway 79
Rockdale, TX 76567-4541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/03/2014

**Basis for the claim:** Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Case 19-01010-TOM7   Doc 7   Filed 03/25/19   Entered 03/25/19 15:34:48   Desc Main
                              Document        Page 11 of 17

| 3.38 | **Nonpriority creditor's name and mailing address**<br>NAPA Tire and Auto Supply<br>900 W. Cameron Ave.<br>Rockdale, TX 76567<br><br>**Date(s) debt was incurred** 08/04/2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Supplies<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $929.13 |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>NexAir<br>322 Idlewild Road<br>Columbus, MS 39702<br><br>**Date(s) debt was incurred** 03/30/2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,332.47 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>NOP<br>301 Congress Acct.<br>P O Box 203787<br>Dallas, TX 75320-3787<br><br>**Date(s) debt was incurred** 10/09/2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $7,264.79 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Odessa Babbitt Bearing Company<br>6112 North County Road W<br>Odessa, TX 79764<br><br>**Date(s) debt was incurred** 03/23/2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $32,600.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Orbital Insulation<br>817 Houston Ave.<br>Port Arthur, TX 77640<br><br>**Date(s) debt was incurred** 12/20/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $12,343.55 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>Powerhouse Equipment and Engineering Co.<br>240 Creek Road<br>Delanco, NJ 08075<br><br>**Date(s) debt was incurred** 01/16/2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Open account<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,852.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>Ra Jet - Carretera Saltillo - Hangar 39<br>Monterrey km 13.5, Aeropuerto Guadalupe<br>25900 Ramos Arizpe<br>Coah, MEXICO, .<br><br>**Date(s) debt was incurred** 07/24/2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Fuel<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,094.99 |

| | |
|---|---|
| Debtor **Dixie Equipment, LLC** | Case number (if known) **19-01010** |
| Name | |

**3.45** | **Nonpriority creditor's name and mailing address**
RAS
Golden Triangle Regional Airport
2080 Airport Rd.
Columbus, MS 39701

Date(s) debt was incurred  05/30/2014

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fuel charges

Is the claim subject to offset?  ■ No  ☐ Yes

$9,427.77

---

**3.46** | **Nonpriority creditor's name and mailing address**
Rockdale Signs & Photography
139 West Cameron Avenue
Rockdale, TX 76567

Date(s) debt was incurred  04/26/2013

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account and services

Is the claim subject to offset?  ■ No  ☐ Yes

$200.00

---

**3.47** | **Nonpriority creditor's name and mailing address**
Ryan Thrasher
5179 Stonehaven Drive
Birmingham, AL 35244

Date(s) debt was incurred  11/14/2013

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages

Is the claim subject to offset?  ■ No  ☐ Yes

$5,810.86

---

**3.48** | **Nonpriority creditor's name and mailing address**
Safety Council of Texas
3300 FM1765
Texas City, TX 77590

Date(s) debt was incurred  04/20/2013

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fees

Is the claim subject to offset?  ■ No  ☐ Yes

$950.00

---

**3.49** | **Nonpriority creditor's name and mailing address**
SouthCoast Propeller
5750 Durose Drive
Bessemer, AL 35022

Date(s) debt was incurred  03/29/2014

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset?  ■ No  ☐ Yes

$2,788.20

---

**3.50** | **Nonpriority creditor's name and mailing address**
Southwest Credit
SWC Group
4120 International Pkwy., #1100
Carrollton, TX 75007

Date(s) debt was incurred  07/14/2014

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Account

Is the claim subject to offset?  ■ No  ☐ Yes

$580.48

---

**3.51** | **Nonpriority creditor's name and mailing address**
SPD Accounting Group, PC
2057 Valleydale Road, Unit 101
Bessemer, AL 35244

Date(s) debt was incurred  08/30/2014

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ■ No  ☐ Yes

$10,106.00

Debtor    Dixie Equipment, LLC                                    Case number (if known)    19-01010
          _____                                          _____
          Name

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,786.00 |
|------|-----|-----|-----|
| | State of Delaware<br>401 Federal Street, Suite 4<br>Dover, DE 19901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 06/01/2014 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,191.75 |
|------|-----|-----|-----|
| | Straight Line Industrial Services, Inc.<br>1101 Michigan Street<br>South Houston, TX 77587 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 05/22/2014 | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,200.00 |
|------|-----|-----|-----|
| | Terry Mays<br>424 Allen Road<br>Freeport, TX 77541 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 11/11/2013 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $88,634.86 |
|------|-----|-----|-----|
| | TNT Crane & Rigging, Inc.<br>% Charles Denaburg, Todd Miner<br>2125 Morris Ave.<br>Birmingham, AL 35203 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** 10/12/2015 | **Basis for the claim:** Judgment, Circuit Court of Shelby County CV 15-900312 | |
| | **Last 4 digits of account number** 0312 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|------|-----|-----|-----|
| | TurboCare Inc.<br>Ethos Energy Brookhollow Central<br>2800 North Loop West<br>Houston, TX 77092 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2/11/2014 | **Basis for the claim:** Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.00 |
|------|-----|-----|-----|
| | U S HealthWorks Medical Group<br>P O Box 404974<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 10/12/2014 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $103.24 |
|------|-----|-----|-----|
| | United Welding Supply - Praxair<br>1301 Lathrop St.<br>Houston, TX 77020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 10/20/2014 | **Basis for the claim:** Supplies | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,762.26 |
|---|---|---|---|

Verizon
Bankruptcy Administration
500 Technology Dr., Suite 550
Weldon Spring, MO 63304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/09/2014

**Basis for the claim:** Open account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,250.82 |
|---|---|---|---|

Wayne Patenaude
325 Donna Lane
Columbus, MS 39702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/23/2013

**Basis for the claim:** Expenses owed

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,305.69 |
|---|---|---|---|

Wayne T. Rife, PC
3205 Earl Rudder Freeway
College Station, TX 77845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/11/2014

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 205.86 |
| **5b. Total claims from Part 2** | 5b. + | $ 16,922,971.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 16,923,177.15 |

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
Document     Page 15 of 17

**Fill in this information to identify the case:**

Debtor name     Dixie Equipment, LLC

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ALABAMA

Case number (if known)     19-01010

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
Document      Page 16 of 17

Debtor name    Dixie Equipment, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    19-01010

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Case 19-01010-TOM7    Doc 7    Filed 03/25/19    Entered 03/25/19 15:34:48    Desc Main
Document    Page 17 of 17